**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

------------------------------------------------------------------------X

ARTIFICIAL INTELLIGENCE INDUSTRY
ASSOCIATION, INC.,

Plaintiff,

25 **CIVIL** 7387 (PKC)

-against-

**JUDGMENT**

GEISEL SOFTWARE, INC.,

Defendant.

------------------------------------------------------------------------X

It is hereby **ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the Court's Order dated September 23, 2026, GSI's motion to dismiss for lack of subject matter jurisdiction is GRANTED. Accordingly, judgment is hereby entered in favor of Defendant and the case is DISMISSED without prejudice for lack of subject matter jurisdiction.

**Dated:** New York, New York

September 25, 2026

**TAMMI M. HELLWIG**

**Clerk of Court**

**BY:** Nelson Duluk (signature)

**Deputy Clerk**